# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL RAY AIMS BACK, <br><br> Defendant. | CR 11-91-GF-BMM <br><br> **ORDER** |

This case was referred to United States Magistrate Judge John Johnston for a revocation hearing and findings and recommendations. Judge Johnston entered his findings and recommendations on February 21, 2017. Defendant admitted that he had violated the conditions of his supervised release by consuming alcohol. Judge Johnston found the admission sufficient to establish the supervised release violation. Judge Johnston recommended that this Court revoke Defendant's supervised release and commit him to the custody of the United States Bureau of Prisons until May 22, 2017, with no supervised release to follow.

No objections were filed by either party. Judge Johnston's findings and recommendations are therefore reviewed for clear error. *McDonnell Douglas Corp. Commodore Bus. Mach, Inc.,* 656 F.2d 1309, 1319 (9th Cir. 1981).

This Court agrees with Judge Johnston's findings.  Defendant admitted that he had violated the conditions of his supervised release.  Defendant could be incarcerated for up to 24 months, followed by 36 months of supervised release less any custody time imposed.  The United States Sentencing Guidelines call for a term of imprisonment of three to nine months.  A term of custody until May 22, 2017, with no supervised release to follow is appropriate.  The sentence is sufficient but not greater than necessary.

IT IS ORDERED that Judge Johnston's Findings and Recommendations (Doc. 55) are ADOPTED in full and Judgment shall be entered accordingly.

DATED this 9th day of March, 2017.

/s/ Brian Morris

Brian Morris
United States District Court Judge